[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.] MEMORANDUM OF DECISION
Defendant's motion to reopen dated May 18, 2001 — DENIED.
Defendant's motion for contempt dated July 2, 2001 — DENIED.
Plaintiff's motion re: distribution. The proceeds from the sale of the former marital residence located at 59 Stanton Avenue, Winsted, Connecticut shall be distributed as follows: CT Page 15229
To plaintiff $21,727.09 computed as follows:
One half of proceeds $22,084.00
Less: Amount per judgment of 9/27/97 ($2,400.00)
Interest and late charges on mortgage ($605.38)
Plus: Tax escrow due $854.30
Reimbursement for renovations $1,794.17
To 58 Stanton Avenue
Total: $21,727.09
To defendant $22,440.91 computed as follows:
One half of proceeds $22,084.00
Less: Tax escrow due ($854.30)
Reimbursement for renovations ($1,794.17)
To 58 Stanton Avenue
Plus: Amount per judgment 9/27/97 $2,400.00
Interest and late charges on mortgage $605.38
Total $22,440.91
Cremins, J.